# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DESHAWN MONTRELL HENDERSON

NO. 2021 KW 0367

**JULY 19, 2021**

---

In Re:     Deshawn Montrell Henderson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 20-05406.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT GRANTED.** The district court's ruling denying the defendant's motion to suppress is reversed. Based on the testimony given at the preliminary examination hearing and introduced at the suppression hearing, the State failed to prove the inventory of the vehicle's contents was necessary. Herein, the record reflects the following factors: (1) the State failed to show that the vehicle could not safely remain where it was located; (2) the search was conducted in the field; (3) there was no testimony that a tow truck was called before the search commenced; (4) there was no testimony that relator was asked if he would consent to a search, if the vehicle contained valuables, or if he would consent to a waiver of the protections afforded by an inventory search; and (5) relator was not given an opportunity to make arrangements for someone to pick up the vehicle from the location. An inventory search may not be used as a subterfuge for rummaging through the arrestee's vehicle without a warrant for the primary purpose of seizing evidence. **State v. Griffin,** 2007-0974 (La. App. 1st Cir. 2/8/08), 984 So.2d 97, 109. Moreover, although we recognize that relator failed to show proof of insurance in violation of La. R.S. 32:863.1(A), this action alone does not negate the requirement that an officer refrain from inventorying a vehicle for the purpose of seizing evidence. See **State v. Dyson,** 2018-1744 (La. App. 1st Cir. 3/6/19), 2019 WL 1084213; **State v. Resit,** 2017-0824 (La. App. 1st Cir. 7/24/17), 2017 WL 3140820, writ denied, 2017-1455 (La. 11/13/17), 230 So.3d 205. Accordingly, this matter is remanded to the trial court for further proceedings.

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT